```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                    SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION


HAROLD D. CRUISE,                    :
                                     :
        Plaintiff,                   :
                                     :
vs.                                  :   CIVIL ACTION 08-0252-KD-M
                                     :
CITY OF MOBILE,                      :
                                     :
        Defendant.                   :
```

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 4th day of May, 2009.

                                                 <u>s/ Kristi K. DuBose</u>
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**